IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JANE DOE, *M.L.M.*  PLAINTIFF

v.  No. 5:17CV00013 JLH

JAMES FERGUSON, individually and in
his official capacity  DEFENDANT

## ORDER

The plaintiff has filed a motion to dismiss her claims against James Ferguson and Lafarious Hoskins. The Court has already dismissed her claims against Hoskins. The motion to dismiss is GRANTED as to Ferguson. Document #47. The plaintiff's claims against James Ferguson are dismissed without prejudice. The Court directs the Clerk to terminate this case.

IT IS SO ORDERED this 20th day of April, 2018.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE